

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00585-CV

In the Interest of **A.A.G.**; J.A.G., III; J.A.G.; S.A.G.; and J.G.; Children

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order terminating M.E.'s parental rights is AFFIRMED.

SIGNED July 28, 2021.

_____
Irene Rios, Justice